FILED 09 JUN '11 15:35 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>        Plaintiffs,<br><br> v.<br><br>OREGON LANDMARK - TWO LIMITED PARTNERSHIP, an Oregon limited partnership, BOSTON FINANCIAL QUALIFIED HOUSING, L.P., a Delaware corporation, EUGENE BURGER MANAGEMENT CORPORATION, a California corporation, WESTERN HISTORIC PROPERTIES II LIMITED PARTNERSHIP, a District of Columbia limited partnership, WHITEHALL ASSET MANAGEMENT CORPORATION, a California corporation, and WHP II HOLDINGS, INC., a District of Columbia corporation,<br><br>        Defendants. | Civil No. 10-3147-TC<br><br>O R D E R |

  Magistrate Judge Coffin filed his Findings and Recommendation on April 6, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual

Order -- Page 1

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

   THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

  Dated this 8 day of June, 2011.

              /s/ Ann Aiken
              Ann Aiken, United States District Judge

Order -- Page 1